UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 24-CR-0257-WQH |
|---|---|
| Plaintiff, | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING DATE |
| v. | |
| DAVID OSUNA, | |
| Defendant. | |

IT IS HEREBY ORDERED that Joint Motion to Continue is granted (ECF No. 32), and the Motion Hearing/Trial Setting currently set for October 7, 2024, is continued to December 20, 2024, at 9:00 a.m. It is further ordered that the time between October 7, 2024, and December 20, 2024, is excluded in the interests of justice under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), for the reasons stated in the Joint Motion (ECF No. 32).

Dated: October 1, 2024

Hon. William Q. Hayes
United States District Court