# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID OSUNA, <br><br> Defendant. | CASE NO.: 24-CR-0257-WQH <br><br> ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING DATE |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue is granted (ECF No. 36) and the Motion Hearing/Trial Setting currently set for January 27, 2025, at 9:00 a.m. is continued to March 3, 2025, at 9:00 a.m. It is further ordered that the time between January 27, 2025, and March 3, 2025, is excluded in the interests of justice under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) for the reasons stated in the Joint Motion to Continue.

Dated: January 22, 2025

_William Q. Hayes_
Hon. William Q. Hayes
United States District Court