UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DAVID OSUNA,<br><br>　　　　　　　Defendant. | CASE NO.: 24-CR-0257WQH<br><br>Hon. William Q. Hayes<br><br>ORDER TO CONTINUE<br>MOTION HEARING/TRIAL SETTING |

　　　For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the Joint Motion to Continue is granted (ECF No. 42), and the Motion Hearing currently scheduled for March 3, 2025, is rescheduled to **April 14, 2025, at 9:00 a.m.**

　　　It is further ordered that the time between March 3, 2024, and April 14, 2025, is excluded under the Speedy Trial Act in the interests of justice pursuant to 18 U.S.C. § 3161(h)(1)(D), (h),(7)(A) for the reasons stated in the Joint Motion to Continue.

Dated: February 26, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ William Q. Hayes_
　　　　　　　　　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court